**STATE of Missouri, Respondent,**

v.

**Betty Ann RAUCH, Appellant.**

**No. WD 36726.**

Missouri Court of Appeals, Western District.

Oct. 15, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Dec. 3, 1985.

Lew Kollias, Columbia, for appellant.

William L. Webster, Atty. Gen., Jack M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, P.J., and SHANGLER and MANFORD, JJ.

### ORDER

PER CURIAM:

Appeal from jury trial conviction of stealing, in violation of § 570.030 RSMo. (Supp. 1984).

Judgment affirmed.   Rule 30.25(b).